May Term,
1861.

DURBIN
v.
CONNER.

</div>

---

DURBIN *v.* CONNER.

APPEAL from the *Shelby* Common Pleas.

*Per Curiam.*—This was an action by *Conner* against *Durbin*, to foreclose a mortgage upon real estate. The defendant, though duly served with process, failed to appear, and was regularly defaulted; but no motion appears to have

<div style="text-align:right">

*Thursday,*
*May 30.*

</div>

May Term,
1861.

COOPER
v.
SISTERS OF
PROVIDENCE.

been made, in the Court below, to set aside the default. This appeal is, therefore, not properly before us.  9 Ind. 236; 12 *id.* 558; 11 *id.* 439; 13 *id.* 430.

The appeal is dismissed, with costs, &c.

*Ben. F. Davis*, for the appellant.